Exhibit A

Page 1 of

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Jospeh Cracco (M 27),

Defendant.

MISDEMEANOR

2013CN009690

        Police Officer Jonathan Correa, Shield 7869 of the Transit Division District 4, states as follows:

*The defendant is charged with:*

        PL 265.01(1)        Criminal Possession of a Weapon in the Fourth Degree
                                    (defendant #1: 1 count)

        On or about October 18, 2013 at about 4:17 P.M., in the subway station at Madison Avenue & East 42nd Street in the County and State of New York, the defendant possessed a gravity knife.

*The factual basis for this charge is as follows:*

        I took one gravity knife from defendant's pants pocket.

        I know that the knife was a gravity knife because I opened the knife with centrifugal force by flicking my wrist while holding the knife, thereby releasing the blade which locked in place by means of an automatic device that did not require manual locking.

False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.

_____        11-13-13        10:27
Police Officer Jonathan Correa        Date        Time