Exhibit B

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK    :
                                       :
         - against -                   :
                                       :
Jospeh Cracco (M 27),                  :
                                       :
                         Defendant.    :
------------------------------------------------------------x
```

AFFIDAVIT
OF
JARED SIPPEL

2013CN009690

**JARED SIPPEL**, having been duly sworn, declares as follows:

1. On or about October 18, 2013, at about 4:17 P.M., in the subway station at Madison Avene & East 42nd Street in the County and State of New York, I was present with the defendant, Mr. Cracco, who is known to me, when Police Officer Jonathan Correa approached Mr. Cracco and asked him for his pocket knife.

2. I personally observed Police Officer Jonathan Correa take the knife from Mr. Cracco and, without leaving my sight, attempt repeatedly to open the knife by means of centrifugal (centripetal) force by flicking his wrist suddenly and forcibly while holding the knife in one hand. For the first few attempts, Officer Correa was completely unable to open the knife by that means, so he increased the amount of force and wrist swing that he imparted to the knife. Eventually it did open. I would estimate that Officer Correa tried four or five times before the knife finally swung open. He did not try again after that.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
JARED SIPPEL

Subscribed and sworn to before me this
_____ day of April, 2014

_____
Notary Public

JAMES M. MALONEY
Notary Public, State of New York
No. 02MA5067250
Qualified in Nassau County
Commission Expires  10/15/2014