Exhibit C

```
 1   CRIMINAL COURT OF THE CITY OF NEW YORK
     COUNTY OF NEW YORK              PART B
 2   - - - - - - - - - - - - - - - - - - -x
     THE PEOPLE OF THE STATE OF NEW YORK,
 3                                              :
          -against-                                  Docket No.:
 4                                                   2013CN009690
                                                :
 5   JOSEPH CRACCO,

 6                        Defendant.            :
     - - - - - - - - - - - - - - - - - - -x
 7
                     100 Centre Street
 8                   New York, New York 10013

 9                   May 14, 2014

10   B E F O R E:

11        THE HONORABLE ERICA EDWARDS, Judge

12   A P P E A R A N C E S:

13   FOR THE PEOPLE:

14   OFFICE OF CYRUS VANCE JR., ESQ.
          District Attorney New York County
15        One Hogan Place
          New York, New York 10013
16
          BY:  LEAH BRANCH, ESQ.
17             Assistant District Attorney

18   FOR THE DEFENDANT:

19        JAMES MALONEY, ESQ.
          Attorneys for Defendant
20        33 Bayview Avenue
          Port Washington, New York 11050
21
          BY:  JAMES MALONEY, ESQ.
22

23

24
                                          Donna McNeill, CSR
25                                        Official Court Reporter
```

```
1              THE COURT OFFICER:  Calendar 112, People.  Joseph
2    Cracco.
3         Counsel?
4              MR. MALONEY:  James Maloney, 33 Bayview Avenue,
5    Port Washington, New York 11050.  Good morning, Your
6    Honor.
7              THE COURT:  Good morning.
8              MS. BRANCH:  Your Honor, the People are filing
9    and serving a copy of the response and the defendant's
10   motion to dismiss.
11             THE COURT:  Okay.  Take a look at it.  Any offer
12   recommendation?
13             MS. BRANCH:  People are offering a 240.20 with
14   one day of community service.
15             THE COURT:  Okay.  Give me a moment to take a
16   look at it.
17             MR. MALONEY:  Defendant rejects that offer, Your
18   Honor.
19        Can I have a reply date?
20             THE COURT:  I'm about to do it now.
21             MR. MALONEY:  Thank you.
22             THE COURT:  Tell you what, Counsel.  Do you want
23   an opportunity to reply?
24             MR. MALONEY:  I appreciate that.
25             THE COURT:  I'll give you that opportunity, and
```

```
 1    then I'll decide this at a later date.  How would you
 2    like--
 3              MR. MALONEY:  Two weeks will be fine, Your
 4    Honor.
 5              THE COURT:  I'll give you until July to file and
 6    serve it off calendar.
 7         I'd like everybody to come back for decision on July
 8    8th.  Is that a good date for you?
 9              MR. MALONEY:  Yes, Your Honor.
10              THE COURT:  July 8, 2014 for disposition.
11    Parole is continued.
12         Thank you.
13              MR. MALONEY:  Thank you, Your Honor.
14                    *    *    *    *
15
16
17    Certified to be a true and accurate transcript.
18
19
20
21    _____
22    Donna McNeill, CSR, Official Court Reporter
23
24
25
```