UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Cracco,<br><br>                            Plaintiff,<br><br>    -against-<br><br>City of New York, *et al.*,<br><br>                           Defendants. | **NOTICE OF MOTION**<br><br>14 Civ. 8235 (PAC) |

       **PLEASE TAKE NOTICE** that upon the annexed Declaration of Assistant District Attorney Elizabeth Norris Krasnow dated May 22, 2015, the exhibits listed therein, the accompanying memorandum of law, and all prior pleadings and proceedings herein, New York County District Attorney Cyrus R. Vance, Jr. will move this Court before the Honorable Paul A. Crotty, United States District Judge at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing the amended complaint, as well as for any further relief the Court may deem just and proper.

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated May 11, 2015, plaintiff's opposition papers are to be served on July 10, 2015.

**PLEASE TAKE FURTHER NOTICE** that, also pursuant to the Court's Order dated May 11, 2015, District Attorney Vance's reply papers are to be served by August 7, 2015.

Dated:  New York, New York
May 22, 2015

                                    CYRUS R. VANCE, JR.
District Attorney of New York County, as
Special Assistant Corporation Counsel
*Attorney for Defendant Cyrus R. Vance, Jr.*
One Hogan Place
New York, New York 10013
(212) 335-9000

By: _____ƐƘ_____
Elizabeth Norris Krasnow
Assistant District Attorney

Index No. 14 Civ. 8235 (PAC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CRACCO,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

**NOTICE OF MOTION and DECLARATION OF ELIZABETH NORRIS KRASNOW**

*CYRUS R. VANCE, JR.*
*as Special Assistant Corporation Counsel of the*
*City of New York*
Attorney for Defendant Cyrus R. Vance, Jr.
One Hogan Place

New York, N.Y. 10013

*Of Counsel: Elizabeth Norris Krasnow*
*Tel: (212) 335-9000*

*Due and timely service is hereby admitted.*

*New York, N.Y.* ......................................, *2015*

Esq.

*Attorney for*..........................................................