# EXHIBIT C

ARREST Report - M13691839                                                                                                     Page 1 of 2



# New York City Police Department
## Omniform System - Arrests

| RECORD STATUS: NYSID ENTERD | Arrest ID: M13691839 - Z |
|---|---|
| Arrest Location: NORTH EAST CORNER MADISON AVENUE & EAST 42 STREET | Pct: 014 |

**Arrest Date:** 10-18-2013  **Processing Type:** DAT - COMM. CT
**Time:** 16:22:00  **DCJS Fax Number:** ML002634
**Sector:** B  **Special Event Code:** NO
**Strip Search Conducted:** NO  **DAT Number:** 900
**Viper Initiated Arrest:** NO
**Stop And Frisk:** YES  **Return Date:** 2013-12-00
**Serial #:** 2013-014-99999

### COMPLAINTS:
Arrest #: M13691839

COMPLAINT NUMBER  REPORT DATE  RECORD STATUS  OCCUR DATE  OCCUR TIME
2013-014-11848    2013-10-18   Valid, No Arrests  2013-10-18  16:17

### CHARGES:
Arrest #: M13691839

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 265.01 01 M | A | | 1 | CRIM POSS WEAP-4TH;FIREARM/WEP |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

### DETAILS:
Arrest #: M13691839

AT TPO A/O DID OBSERVED DEFT W/ WHT METAL CLIP, CLIPPED TO R/S PANTS POCKET. UPON FURTHER INVS, WHT METAL CLIP WAS DETERMINED TO BE A GRAVITY KNIFE.

### DEFENDANT: CRACCO, JOSPEH
NYSID #: [redacted]   Arrest #: M13691839

Nick/AKA/Maiden:
Sex: MALE
Race: WHITE
Age: 27
Date Of Birth: [redacted]
U.S. Citizen: YES
Place Of Birth: NEW JERSEY
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
Accent: NO

Identification ID: Driver's License (out of state/country)
Identification #: E3215791
Physical Condition: UNKNOWN
Drug Used: NONE

Height: 5FT 7IN
Weight: 155
Eye Color: HAZEL
Hair Color: BROWN
Hair Length: NORMAL
Hair Style: CREW
Skin Tone: LIGHT
Complexion: CLEAR

Soc Security #:
Occupation: UNKNOWN

Lic/Permit Type:
Lic/Permit No:

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Relation to Victim: UNKNOWN/NONE
Living together: NO
Can be Identified: YES

Gang/Crew Affiliation: NO
Name:
Identifiers:

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 431 WEST 37 STREET | MANHATTAN | NEW YORK | | | 010 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee: NO  On Duty: NO
Development:    N.Y.C. Transit Employee: NO

### Physical Force: NONE

Gun:
Weapon Used/Possessed: POSSESSED   Make:         Recovered: NO
Non-Firearm Weapon: CUTTING INSTRUMENT   Color:   Serial Number Defaced:
Other Weapon Description: GRAVITY KNIFE   Caliber:   Serial Number:
                                          Type:
                                          Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:

| Metro Card Type: | |
|---|---|
| Metro Card Used/Poses: | |
| Card #: | |

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | I USE FOR WORK |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - GRAY |
| CLOTHING | OUTERWEAR - SWEATER OR VEST - MULTI COLORED OR STR |
| CLOTHING | FOOTWEAR - SNEAKERS - GRAY |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

### JUVENILE DATA:   Arrest #: M13691839

| Juvenile Offender: | Relative Notified: Personal Recog |
| Number Of Priors: 0 | Name: |
| School Attending: | Phone Called: |
| Mother's Maiden Name: | Time Notified: |

### ASSOCIATED ARRESTS:   Arrest #: M13691839

ARREST ID   COMPLAINT #
M13691826   2013-014-11846

### DEFENDANTS CALLS:   Arrest #: M13691839

CALL #   NUMBER DIALED   NAME CALLED
1        - -             REFUSED

### INVOICES:   Arrest #: M13691839

INVOICE #     COMMAND   PROPERTY TYPE    VALUE
1000403592    863       OTHER WEAPONS    UNKNOWN

### ARRESTING OFFICER: POM JONATHAN CORREA   Arrest #: M13691839

| Tax Number: 946472 | On Duty: YES | Force Used: NO |
| Other ID (non-NYPD): 946472 | In Uniform: YES | Type: |
| Shield: 7908 | Squad: SS | Reason: |
| Department: NYPD | Chart: 97 | Officer Injured: NO |
| Command: 863 | Primary Assignment: | |

| Arresting Officer Name: POM CORREA, JONATHAN | Tax #: 946472 | Command: 863 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SGT JASMIN CLYDE | Tax #: 936808 | Command: 863 | Agency: TAPD |
| Report Entered by: POM CORREA, JONATH | Tax #: 946472 | Command: 863 | Agency: NYPD |

END OF ARREST REPORT
M13691839

Print this Report