# EXHIBIT D

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK                          CERTIFICATE OF DISPOSITION
                                                 NUMBER:  383941
THE PEOPLE OF THE STATE OF NEW  YORK
                  VS

CRACCO, JOSPEH
Defendant                                   Date of Birth

431 WEST 37TH STREET
Address                                     NYSID Number

MANHATTAN              NY                       10/18/2013
City             State    Zip               Date of Arrest/Issue

Docket Number: 2013CN009690                 Summons No:

240.20 265.01
Arraignment Charges


Case Disposition Information:

    Date              Court Action                 Judge              Part
  07/08/2014   PLED GUILTY & SENTENCE IMPOSED   SOKOLOFF, L            B
               PG 240.20
               IMPRISONMENT=TS
```

NO FEE CERTIFICATION

GOVERNMENT AGENCY          _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE   _ ACCUSATORY INSTRUMENT   _ DOCKET BOOK/CRIMS   _ CRC3030[CRS963]

   I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

COURT OFFICIAL SIGNATURE AND SEAL          11/20/2014
                                             DATE         FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
          SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)



```
 1  CRIMINAL COURT OF THE CITY OF NEW YORK
    COUNTY OF NEW YORK            PART B
 2  - - - - - - - - - - - - - - - - - -x
    THE PEOPLE OF THE STATE OF NEW YORK,
 3                                       :
          -against-                          Docket No.:
 4                                           2014NY052518
                                             2013CN009690
 5                                       :
    JOSEPH CRACCO,
 6
                      Defendant.         :
 7  - - - - - - - - - - - - - - - - - -x

 8              100 Centre Street
                New York, New York 10013
 9
                July 8, 2014
10

11

12  B E F O R E:

13        THE HONORABLE ERIKA EDWARDS, Judge

14  A P P E A R A N C E S:

15  FOR THE PEOPLE:

16        OFFICE OF CYRUS VANCE, JR., ESQ.
          District Attorney, New York County
17        One Hogan Place
          New York, New York 10013
18
          BY:  LEAH BRANCH, ESQ.,
19             Assistant District Attorney

20  FOR THE DEFENDANT:

21        JAMES MALONEY, ESQ.

22

23
                              Barbara Geremia
24                            Official Court Reporter

25
```

```
 1         COURT OFFICER:  Calendar numbers 116 and 118,
 2    Joseph Cracco.
 3         MR. MALONEY:  Good morning, your Honor.  James
 4    Maloney for Mr. Cracco.  Special appearance on the
 5    new matter for purposes only of the arraignment.  He
 6    still needs to seek counsel on that matter.  We
 7    would enter a plea of not guilty.  Waive the formal
 8    reading of the rights and charges but not the rights
 9    thereunder, and respectfully request his ROR be
10    continued.
11         THE COURT:  People.
12         MS. BRANCH:  Good morning, your Honor.  Leah
13    Branch for the People.  The People do have a global
14    offer in this case.  As to docket ending 518, the
15    People are offering a 240.20 with two days of
16    community service.  As to docket ending 208, People
17    are offering 240.20 with one day of community
18    service.
19         THE COURT:  Why don't we do three days of
20    community service on one and time served on the
21    other?
22         MS. BRANCH:  That's fine, your Honor.
23         MR. MALONEY:  Defendant accepts the offer.
24         THE COURT:  On both dockets disorderly
25    conducts are added for purposes of disposition.  You
```

```
 1    could enter the plea. Are you entering a plea of
 2    guilty --
 3         MR. MALONEY:  Entering a plea of guilty to
 4    disorderly conduct two counts, yes.
 5         THE COURT:  On both dockets?
 6         MR. MALONEY:  One on each.
 7         THE COURT:  You waive prosecution by
 8    information on both dockets?
 9         MR. MALONEY:  Yes.
10         THE COURT:  Mandatory surcharges, time to pay
11    or judgment entered?
12         MR. MALONEY:  Need time to pay.
13         THE COURT:  You just heard your attorney
14    withdraw your previously entered pleas of not guilty
15    and enter pleas of guilty to disorderly conduct on
16    both these dockets.  The promises of the Court are
17    as follows:  On docket ending 518, it's a
18    conditional discharge.  The condition being three
19    days of community service, 15 day jail alternative
20    if you don't complete it, and $120 mandatory
21    surcharge.  Is that what you want to do?
22         THE DEFENDANT:  Yes, your Honor.
23         THE COURT:  And on the other docket, the
24    promise of the Court is disorderly conduct, time
25    served, and $120 mandatory surcharge.  Is that what
```

```
 1   you want to do on that docket?
 2        THE DEFENDANT: Yes, your Honor.
 3        THE COURT: On both dockets you have a right
 4   to remain silent, a right to a trial, to be present
 5   when the witnesses are called, to assist in your
 6   defense, to testify on your own behalf if you choose
 7   to.  Are you waiving those rights?
 8        THE DEFENDANT: Yes.
 9        THE COURT: If you're not a U.S. citizen, this
10   plea and my acceptance of the plea may affect your
11   immigration status, you may be deported, denied
12   readmission in the country, and naturalization in
13   the future.  Do you understand that?
14        THE DEFENDANT: Yes.
15        THE COURT: Are you pleading guilty to
16   disorderly conduct in New York County because you
17   are guilty?
18        THE DEFENDANT: Yes.
19        THE COURT: Anything you want to say before I
20   sentence you on this docket?
21        THE DEFENDANT: No.
22        THE COURT: The defendant is sentenced to
23   disorderly conduct, conditional discharge.
24   Condition being three days of community service, 15
25   day jail alternative if you don't do it, and $120
```

1  mandatory surcharge. ASC 9/9.
2     On the other docket, docket ending 690, you're
3  pleading guilty to disorderly conduct in New York
4  County because you are in fact guilty?
5     THE DEFENDANT: Yes, your Honor.
6     THE COURT: Do you have anything to say to me
7  before I sentence you on that disorderly conduct?
8     THE DEFENDANT: No.
9     THE COURT: Defendant is sentenced to
10 disorderly conduct, time served, $120 mandatory
11 surcharge. Cashier part 9/9. Wait for paperwork.
12
13              *   *   *   *   *
14
15 Certified to be a true and accurate transcript.
16 _____
17 Barbara Geremia - Official Court Reporter