# EXHIBIT E

Fax:                 Apr 23 2015 03:33pm P002/003



NYPD**PETS** PROPERTY and EVIDENCE
TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000403592**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **TRANSIT DISTRICT 4** | | | | | **OPEN** |
| Invoice Date | | Property Type | | | Property Category |
| **10/18/2013** | | **GENERAL PROPERTY** | | | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No. | Command | | | |
|---|---|---|---|---|---|---|---|
| Invoicing | | | 948472 | TB DISTRICT 4 | OCME, EU No. | | |
| Arresting | | | 948472 | TB DISTRICT 4 | OCME, FB No. | | |
| Investigating | | | | | Police Lab Evid. Ctrl. No. | | |
| Det Squad Supervisor | | | | | Det Sqd. Case No. | | N/A |
| CSU/ECT Processing | | | | | CSU/ECT Run No. | | N/A |

| Item | Total QTY | Article(s) | | | PETS No. | Pkg GTY | Disposition |
|---|---|---|---|---|---|---|---|
| 1 | 1 | GRAVITY KNIFE | | | 1201828836 | | |
| | | COLOR: BLACK | | | -1201828984 | | |
| | | | | | -1201664785 | 1 | |

**REMARKS:**
948472 10/18/2013 17:36 :  THE ABOVE IS A COMPLETE LIST OF ITEMS BEING VOUCHERED AS ARREST EVIDENCE

356476 03/26/2014 09:36 :  ID DOCUMENT SCANNED, OUT TO COURT

940655 03/26/2014 13:49 :  PETS NO. 1201664785 CONTAINING ITEM# 1 WITH QUANTITY 1 IS PACKED INTO PETS NO. 1201828984

341843 05/21/2014 10:31 :  OTC

820814 05/21/2014 12:53 :  PETS NO. 1201828984 CONTAINING ITEM# 1 WITH QUANTITY 1 IS PACKED INTO PETS NO. 1201828836

362317 02/25/2015 11:49 :  COMMUNICATION REFERRAL LETTER

| Date Of Incident | Penal Code/Description | | Crime Classification | Related To | | Receipt |
|---|---|---|---|---|---|---|
| 10/18/2013 | 26501/CRIM POSS WEAPON | | MISDEMEANOR | N/A | | **ACCEPTED** |

| Prisoner(s) Name | | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|---|
| 1 | CRACCO, JOSPEH | | 27 | 431 WEST 37 STREET, MANHATTAN, NY-10026 | M13691826 | |

| | | |
|---|---|---|
| Complaint No. | 2013-014-11848 | |
| Related Comp No.(s) | N/A | |
| Aided/Accident No.(s) | N/A | |
| Related Invoice(s) | N/A | |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | | | 948472 | TB DISTRICT 4 | 10/18/2013 | 17:21 |
| Invoicing Officer | | | 948472 | TB DISTRICT 4 | 10/18/2013 | 18:04 |
| Approved By | | | 936806 | TB DISTRICT 4 | 10/18/2013 | 18:04 |



Invoice No. **1000403592**

**Prisoner / Finder / Owner Copy**
printed: 04/23/2015 16:43

PCD Storage No.
**13M071634**

Page No. 1 of 2

Fax:                        Apr 23 2015 03:33pm   P003/003



NYPD PETS **PROPERTY and EVIDENCE TRACKING SYSTEM**
**Property Clerk Invoice**
PD 021-161(Rev. 11/09)



Invoice No. **1000403592**

## NOTICE TO PERSONS FROM WHOM PROPERTY HAS BEEN REMOVED
### BY THE POLICE DEPARTMENT

The person from whose possession property was taken should retain and safeguard the Invoice. The New York City Police Department can change the Invoice Category without further notice. In order to obtain the return of property, the claimant or a representative authorized by a notarized letter to claim the property will be required to submit, in person or by mail, the Invoice and proper identification (one (1) government issued photo identification plus at least one (1) non-photo identification) to the office of the Property Clerk. A claimant demanding the return of property other than Arrest Evidence, DNA Evidence or Forfeiture does not require a District Attorney's Release and may make such demand whether or not criminal proceedings have been instituted and, if instituted, whether or not such proceedings have been terminated.

### ARREST EVIDENCE/DNA EVIDENCE/FORFEITURE

The property may be disposed of by the Property Clerk according to law, unless the claimant demands the property no later than 120 days after the termination of criminal proceedings. A claimant demanding the return of arrest evidence/DNA evidence/forfeiture from the Property Clerk should obtain, before making a demand, either a District Attorney's Release or a supervising District Attorney's statement refusing to grant a release. Presentation of either or both of these documents to the Property Clerk is NOT required for making a demand. If a demand for the property is made without a District Attorney's Release or a supervising District Attorney's statement, the claimant shall have 270 days from the date of demand to obtain a District Attorney's Release or a Supervising District Attorney's statement refusing to grant a release. If a release or a statement refusing to grant a release is not provided to the Property clerk within 270 days of the date of demand, the property may be disposed of according to law. If a claimant timely provides the Property clerk with a District Attorney's statement refusing to grant a release, the claimant must, when the District Attorney no longer needs the property, obtain and submit a District Attorney's Release to the Police Department. Forfeiture property may additionally require a Civil Enforcement Release prior to release.

### INVESTIGATORY/DNA INVESTIGATORY

Investigatory property is disposed of after one (1) year, unless otherwise requested by the investigating officer.

### DECEDENT'S PROPERTY

LETTERS TESTAMENTARY or LETTERS OF ADMINISTRATION obtained from the Surrogate Court of the decedent's county of residence are required for release.

### FOUND PROPERTY

Pursuant to law, found property will be held for the following periods of time (unless sooner delivered to owner):
    a. Property having a value of less than $100 --- 3 months
    b. Property having a value of $100 but less than $500 --- 6 months
    c. Property having a value of $500 but less than $5000 --- 1 year
    d. Property having a value of $5000 or more --- 3 years

### SAFEKEEPING

Property held for Safekeeping must be claimed within 120 days from the date it was invoiced. After 120 days, property will be disposed of as per applicable NYC Law. All firearms, rifles, and shotguns, invoiced for safekeeping must be reclaimed by the owner within one (1) year of the date of invoice. After the expiration of one (1) year, the firearm, rifle, or shotgun will be disposed of by the Property Clerk pursuant to law, without further notice.

### PEDDLER PROPERTY

Peddler property that is deemed trademark counterfeit, and classified found/abandoned property will be destroyed on intake. All other Peddler Property is held for a period of 90 days. A claimant that demands the return of his/her peddler property must obtain a letter from the NYPD Law department stating the property can be released and:
    a. A claimant that was issued an Environmental Control Board summons must obtain a decision and order sheet from ECB.
    b. A claimant that was issued a Criminal Court summons or was arrested must obtain a court disposition sheet in order to obtain his/her peddler property.

Please bring this receipt with you when you are notified to appear to claim the property. For information concerning property which you delivered to this Department, please call the Property Clerk's office in the borough in which the property was turned in. The Property Clerk offices are located at:

| | | |
|---|---|---|
| **MANHATTAN** | 1 Police Plaza | 646-610-5906 |
| **BRONX** | 215 East 161 St. | 718-590-2806 |
| **BROOKLYN** | 11 Front Street | 718-624-6384 |
| **QUEENS** | 47-08 Austell Place | 718-433-2678 |
| **STATEN ISLAND** | 1 Edgewater Plaza | 718-876-8413 |
| **PEARSON PLACE WAREHOUSE** | 47-15 Pearson Place | 718-361-1021 |

*Bank Cards/Checks will only be issued between the hours of 9:00 AM and 2:30 PM

If vehicle is involved, contact the following:
    **SPRINGFIELD GARDENS AUTO POUND**     174-20 North Boundary Road, Queens, NY     718-553-9555
    For more information visit the Property Clerk Division's website
    http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml

Invoice No. **1000403592**

Prisoner / Finder / Owner Copy
printed: 04/20/2016 15:43

PCD Storage No.
**13M071634**
Page No. 2 of 2