```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK

In re:                                 :
                                              Docket #14cv8235
  CRACCO,                              : 1:14-cv-08235-PAC

               Plaintiff,              :

        - against -                    :

  THE CITY OF NEW YORK, et al.,        :
                                              New York, New York
                  Defendants.          : June 22, 2016

---------------------------------------:

                       PROCEEDINGS BEFORE
                 THE HONORABLE PAUL A. CROTTY,
               UNITED STATES DISTRICT COURT JUDGE


APPEARANCES:

For Plaintiff:          JAMES M. MALONEY, ESQ.
                        P.O. Box 551
                        33 Bayview Avenue
                        Port Washington, New York 11050

For Defendants:         NEW YORK CITY DISTRICT ATTORNEY'S
                        OFFICE
                        BY:  ELIZABETH NORRIS KRASNOW, ESQ.
                        One Hogan Place
                        New York, New York 10007



Transcription Service: Carole Ludwig, Transcription Services
                        141 East Third Street #3E
                        New York, New York 10009
                        Phone:  (212) 420-0771
                        Fax:    (212) 420-6007

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.
```

**INDEX**

**E X A M I N A T I O N S**

| **Witness** | **Direct** | **Cross** | **Re-Direct** | **Re-Cross** | **Court** |
|---|---|---|---|---|---|
| None | | | | | |

**E X H I B I T S**

| **Exhibit Number** | **Description** | **ID** | **In** | **Voir Dire** |
|---|---|---|---|---|
| None | | | | |

1

```
                                             3
 1
 2             THE CLERK:  Counsel in the matter of Cracco versus
 3   Mr. Cyrus Vance, can please step forward, plaintiff front
 4   table, defendant back table.  This is the matter of Cracco
 5   versus Mr. Cyrus R. Vance, Jr., docket number 14cv8235,
 6   counsel for plaintiff, please state your appearance.
 7             MR. JAMES MALONEY:  Good afternoon, Your Honor,
 8   James Maloney for the plaintiff.
 9             THE COURT:  Mr. Maloney, how are you?
10             MR. MALONEY:  Very good, Your Honor.
11             THE CLERK:  For defendant.
12             MS. ELIZABETH KRASNOW:  Good afternoon, Your
13   Honor, Assistant District Attorney Elizabeth Krasnow on
14   behalf of Cyrus Vance.
15             THE COURT:  Ms. Krasnow, how are you?
16             MS. KRASNOW:  Good, thank you.
17             THE COURT:  This lawsuit is over with now, isn't
18   it, Mr. Maloney?
19             MR. MALONEY:  Well that's what we're waiting to
20   see, Your Honor.  I guess you're aware from that question
21   that the legislature has amended the statute --
22             THE COURT:  Yes.
23             MR. MALONEY:  But the governor has not yet signed
24   it.
25             THE COURT:  He's got thirty days.
```

```
                                                            4
         MR. MALONEY:  Correct.  And I do believe that if
this new statute is enacted, that would render my
declaratory judgment claim moot.  That having been said, I'd
rather wait and see it done before I --
         THE COURT:  I agree with that. Do you agree with
Mr. Maloney's analysis, Ms. Krasnow?
         MS. KRASNOW:  If he is willing to withdraw his
claim because he feels that the amendment, if the amendment
happens and he is willing to withdraw his claim because he
feels it's now moot, then he's not going to get any
objection from my office.
         THE COURT:  Okay.  So how long should we wait, we
should schedule another conference? Does the governor really
have thirty days or is --
         MS. KRASNOW:  He has, I think it's either thirty
or forty-five days, Your Honor, from the day the bill gets
on his desk.
         THE COURT:  Oh, and they manipulate the day it
gets on his desk.
         MS. KRASNOW:  Which I don't know where it is.
         THE COURT:  They play tricks up there in Albany.
         MS. KRASNOW:  And I don't think there's a way to
find out.
         THE COURT:  Yeah.
```

```
                                                              5
 1
 2          MR. MALONEY:  The other, if I may, the other
 3   parallel track, as you may be aware, is that the trial on
 4   the papers in the Copeland case went forward last week.
 5          THE COURT:  That's before Judge Forrest.
 6          MS. KRASNOW:  Yes, Your Honor.
 7          MR. MALONEY:  Correct.
 8          THE COURT:  Who is flicking the switchblade. And
 9   she made it deploy.
10          MR. MALONEY:  That made The New York Law Journal
11   --
12          THE COURT:  Yeah, that's where I'm doing my legal
13   research these days.
14          MR. MALONEY:  Always a good source. It may well
15   be, at least this is my speculation, that if the statute is
16   enacted before the Judge renders and opinion in that case,
17   the Judge may render an opinion that analyzes the
18   applicability of the statute to those claims, which, in
19   turn, would have some bearing on this case.
20          THE COURT:  Right.
21          MR. MALONEY:  My guess, an educated guess, is that
22   if the statute is passed, my claim here will be moot.
23          THE COURT:  Right.
24          MR. MALONEY:  But we'll wait and see. What I'd
25   like to do, this is the main reason we wanted to address
```

```
                                                                    6
 1
 2   this to Your Honor today, is that we were going forward with
 3   discovery, I produced my client and a witness, we were going
 4   to depose a police officer, but given --
 5           THE COURT:  I'd suggest you wait.
 6           MR. MALONEY:  Exactly.
 7           THE COURT:  You save money.
 8           MR. MALONEY:  That's what we're going to do.
 9           THE COURT:  Wait a period of time until we get
10   certitude on what the governor is or is not going to do, and
11   then depending upon what he does, do the appropriate thing,
12   which will either be to resume discovery or to end the
13   lawsuit.
14           MR. MALONEY:  Exactly, Your Honor.
15           THE COURT:  Okay.
16           MR. MALONEY:  And we just wanted to get your
17   approval on that.
18           THE COURT:  Okay.  So what I'm going to do, Mr.
19   Maloney and Ms. Krasnow, is ask you to report to me
20   periodically or report to me when the bill is taken up by
21   the governor's office and what his action is on it, and then
22   we'll see where we go from there.  Do we know, Marlon, what
23   Judge Forrest is contemplating?
24           THE CLERK: I do not know, Your Honor.
25           MS. KRASNOW:  Sorry, what was that question, Your
```

```
                                                          7
 1
 2   Honor? I was the one who did the trial in front of Judge
 3   Forrest.
 4            THE COURT:  Oh, yeah?  Do you know what Judge
 5   Forrest, is she contemplating waiting now --
 6            MS. KRASNOW:  So she has asked us to put in
 7   briefing on Monday as to both sides' position as to how the
 8   statute impacts those plaintiffs' claims.  So we're doing
 9   that on Monday and then when we were at the trial she
10   projected about a month for her decision, maybe a little bit
11   longer, five weeks.
12            THE COURT:  Well, I can't practice law for Judge
13   Forrest, but she'd be wise to wait I guess, maybe see what
14   the governor is going to do with the legislative proposal.
15            MS. KRASNOW:  I think that's why she's requested
16   the briefing from the parties for Monday, Your Honor.
17            THE COURT:  Okay.  All right, anything else, Mr.
18   Maloney?
19            MR. MALONEY:  No, sir.
20            THE COURT:  Ms. Krasnow?
21            MS. KRASNOW:  No, Your Honor, thank you.
22            THE COURT:  Thank you very much.
23            MR. MALONEY:  Thank you, Your Honor.
24            THE COURT:  You'll keep me posted, Mr. Maloney.
25            MR. MALONEY:  Will do.
```

```
                                                                    8
 1
 2            THE COURT:  Thank you.
 3                 (Whereupon the matter is adjourned.)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

          I, Carole Ludwig, certify that the foregoing
transcript of proceedings in the United States District
Court, Southern District of New York, Cracco versus The City
of New York, et al., Docket #14cv8235, was prepared using
PC-based transcription software and is a true and accurate
record of the proceedings.



                   *Carole Ludwig*
Signature_____


Date:   January 4, 2017