UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Cracco, | NOTICE OF MOTION |
| Plaintiff, | 14 Civ. 8235 (PAC) |
| -against- | |
| City of New York, *et al.*, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that upon the annexed declarations of Assistant District Attorneys Dan M. Rather, Leah Branch, and Elizabeth N. Krasnow, the declaration of Police Officer Jonathan Correa, all exhibits listed therein, the accompanying memorandum of law, and all prior pleadings and proceedings herein, New York County District Attorney Cyrus R. Vance, Jr. will move this Court before the Honorable Paul Crotty, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment in favor of the District Attorney and dismissing the complaint as against him, with prejudice, and granting any further relief the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the parties' agreed-upon briefing schedule endorsed by the Court, *see* ECF 61, plaintiff Joseph Cracco's opposition papers are due on May 5, 2017.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the same schedule, the District Attorney's rely papers are due on May 12, 2017.

Dated:     New York, New York
           April 21, 2017

                                    CYRUS R. VANCE, JR.
                                    District Attorney of New York County, as Special
                                    Assistant Corporation Counsel
                                    *Attorney for defendant Cyrus R. Vance, Jr.*
                                    One Hogan Place
                                    New York, New York 10013
                                    (212) 335-4210

                           By:      _____ЕК_____
                                    Elizabeth N. Krasnow
                                    Patricia J. Bailey
                                    Assistant District Attorneys