

# POLICE DEPARTMENT
## City of New York
### Property Clerk Division
### SECURITY ENVELOPE

Pct. TD-03

Date 05-14-2013

Invoice# N589154

Item Number(s) of Property Enclosed: 01

### INSTRUCTIONS FOR USE

1) Enter Precinct, Date Invoice Number, and Item Number(s) of Property enclosed;
2) Enter Security Envelope Number on Property Clerk Invoice alongside of Listed Item(s);
3) Insert Property to be secured;













