

POLICE DEPARTMENT OF THE CITY
Desk Appearance Ticket



2013CN009690

Precinct of Arrest : 014

DAT Serial No. : 863-00822

OLBS Arrest-ID : M13691839

The People of the State of New York VS.

Defendant Name : CRACCO, JOSPEH,
Defendant Address: 431 WEST 37 STREET, ,
MANHATTAN, NY

Age: 27 yrs

Date of Birth: 02/19/1986

You are hereby summoned to appear in the Criminal Court of the City of New York, to answer a criminal charge made against you.

Top Offense Charged : PL 265.01 01
County: New York
At LOC: Midtown Community Court, 314 W. 54th Street, New York, NY 10019

Arraign/Part: DAT

Time: 09:00 AM
Room: _____

Date: 12/09/2013

**Instructions for Defendant**

You must appear at the time and date indicated above, and present this form to the court clerk.

Should you fail to appear for the offense charged above, in addition to a warrant being issued for your arrest, you may be charged with additional violations of the penal law which upon conviction may subject you to a fine, imprisonment or both. Additionally, if you fail to comply with the directions of this Desk Appearance Ticket, any bail paid will be subject to forfieture.

Additional Instructions :

* MUST - APPEAR *

**Acknowledgement of Defendant:**

I, the undersigned, do hereby acknowledge receipt of the above Desk Appearance Ticket, personally served upon me, and do agree to appear as indicated.

Defendant Signature:

Time: 6 : 57

Date: 10 / 18 / 13

Photographed by:
P.O. CORREA

Time: 18 : 32

Date: 10 / 18 / 13

FingerPrinted?: __

Arresting Officer: CORREA, JONATHAN

Shield: --

Rank: POM

Tax Reg.:

Squad: TRANSIT DIVISION DISTRICT 4

Command: 863

Agency: NYPD

Address of Agency if not NYPD: _____

Was cash bail accepted?: __

Amount: $___

10/18/13
Date

Signature Issuing Officer

Signature Desk Officer

DA 11