**POLICE DEPARTMENT** 063-04-02
**City of New York** 3-26-14
**Property Clerk Division**
**SECURITY ENVELOPE**

Pct. _TD-04_  Date _3/24/14_
Invoice# _1000403592_

Item Number(s) of Property Enclosed: _01_

**INSTRUCTIONS FOR USE**

1) Enter Precinct, Date Invoice Number, and Item Number(s) of Property enclosed;
2) Enter Security Envelope Number on Property Clerk Invoice alongside of Listed Item(s);
3) Insert Property to be secured;

**DO NOT ENCLOSE PROPERTY CLERK INVOICE IN SECURITY ENVELOPE**

4) Remove Covering Strip from adhesive area-at opening.
5) Carefully fold exposed adhesive to face of bag and press.
6) ENVELOPE IS NOW SEALED
7) Follow Prescribed Forwarding Procedure

PROPERTY CLERK STORAGE # _13NY71634_

1201828836

TO REMOVE CONTENTS-CUT ALONG BOTTOM DOTTED LINE





**POLICE DEPARTMENT
City of New York
Property Clerk Division
SECURITY ENVELOPE**

Pct. _TD-14_   Date _10-18-13_

Invoice# _1001413592_

Item Number(s) of Property Enclosed: _01_

**INSTRUCTIONS FOR USE**

1) Enter Precinct, Date Invoice Number, and Item Number(s) of Property enclosed;
2) Enter Security Envelope Number on Property Clerk Invoice alongside of Listed Item(s);
3) Insert Property to be secured;

**DO NOT ENCLOSE PROPERTY CLERK INVOICE IN SECURITY ENVELOPE**

4) Remove Covering Strip from adhesive area-at opening;
5) Carefully fold exposed adhesive to face of bag and press.
6) ENVELOPE IS NOW SEALED
7) Follow prescribed forwarding procedure.

PROPERTY CLERK STORAGE # _TDMC 11634_

1201664785