1

```
 1   CRIMINAL COURT OF THE CITY OF NEW YORK
     COUNTY OF NEW YORK            PART B
 2   - - - - - - - - - - - - - - - - - - -x
     THE PEOPLE OF THE STATE OF NEW YORK,
 3                                        :
          -against-                             Docket No.:
 4                                              2014NY052518
                                                2013CN009690
 5                                        :
     JOSEPH CRACCO,
 6
                     Defendant.           :
 7   - - - - - - - - - - - - - - - - - - -x

 8                  100 Centre Street
                    New York, New York 10013
 9
                    July 8, 2014
10

11

12   B E F O R E:

13        THE HONORABLE ERIKA EDWARDS, Judge

14   A P P E A R A N C E S:

15   FOR THE PEOPLE:

16        OFFICE OF CYRUS VANCE, JR., ESQ.
          District Attorney, New York County
17        One Hogan Place
          New York, New York 10013
18
          BY:  LEAH BRANCH, ESQ.,
19             Assistant District Attorney

20   FOR THE DEFENDANT:

21        JAMES MALONEY, ESQ.

22

23
                              Barbara Geremia
24                       Official Court Reporter

25
```

Proceedings                                    2

1          COURT OFFICER:  Calendar numbers 116 and 118,

2     Joseph Cracco.

3          MR. MALONEY:  Good morning, your Honor.  James

4     Maloney for Mr. Cracco.  Special appearance on the

5     new matter for purposes only of the arraignment.  He

6     still needs to seek counsel on that matter.  We

7     would enter a plea of not guilty.  Waive the formal

8     reading of the rights and charges but not the rights

9     thereunder, and respectfully request his ROR be

10    continued.

11         THE COURT:  People.

12         MS. BRANCH:  Good morning, your Honor.  Leah

13    Branch for the People.  The People do have a global

14    offer in this case.  As to docket ending 518, the

15    People are offering a 240.20 with two days of

16    community service.  As to docket ending 208, People

17    are offering 240.20 with one day of community

18    service.

19         THE COURT:  Why don't we do three days of

20    community service on one and time served on the

21    other?

22         MS. BRANCH:  That's fine, your Honor.

23         MR. MALONEY:  Defendant accepts the offer.

24         THE COURT:  On both dockets disorderly

25    conducts are added for purposes of disposition.  You

1    could enter the plea. Are you entering a plea of

2    guilty --

3         MR. MALONEY:  Entering a plea of guilty to

4    disorderly conduct two counts, yes.

5         THE COURT:  On both dockets?

6         MR. MALONEY:  One on each.

7         THE COURT:  You waive prosecution by

8    information on both dockets?

9         MR. MALONEY:  Yes.

10        THE COURT:  Mandatory surcharges, time to pay

11   or judgment entered?

12        MR. MALONEY:  Need time to pay.

13        THE COURT:  You just heard your attorney

14   withdraw your previously entered pleas of not guilty

15   and enter pleas of guilty to disorderly conduct on

16   both these dockets.  The promises of the Court are

17   as follows:  On docket ending 518, it's a

18   conditional discharge.  The condition being three

19   days of community service, 15 day jail alternative

20   if you don't complete it, and $120 mandatory

21   surcharge.  Is that what you want to do?

22        THE DEFENDANT:  Yes, your Honor.

23        THE COURT:  And on the other docket, the

24   promise of the Court is disorderly conduct, time

25   served, and $120 mandatory surcharge.  Is that what

1     you want to do on that docket?

2            THE DEFENDANT:  Yes, your Honor.

3            THE COURT:  On both dockets you have a right

4     to remain silent, a right to a trial, to be present

5     when the witnesses are called, to assist in your

6     defense, to testify on your own behalf if you choose

7     to.  Are you waiving those rights?

8            THE DEFENDANT:  Yes.

9            THE COURT:  If you're not a U.S. citizen, this

10    plea and my acceptance of the plea may affect your

11    immigration status, you may be deported, denied

12    readmission in the country and naturalization in the

13    future.  Do you understand that?

14           THE DEFENDANT:  Yes.

15           THE COURT:  Are you pleading guilty to

16    disorderly conduct in New York County because you

17    are guilty?

18           THE DEFENDANT:  Yes.

19           THE COURT:  Anything you want to say before I

20    sentence you on this docket?

21           THE DEFENDANT:  No.

22           THE COURT:  The defendant is sentenced to

23    disorderly conduct, conditional discharge.

24    Condition being three days of community service, 15

25    day jail alternative if you don't do it, and $120

Proceedings                                5

1    mandatory surcharge.   ASC 9/9.

2           On the other docket, docket ending 690, you're

3    pleading guilty to disorderly conduct in New York

4    County because you are in fact guilty?

5           THE DEFENDANT:   Yes, your Honor.

6           THE COURT:   Do you have anything to say to me

7    before I sentence you on that disorderly conduct?

8           THE DEFENDANT:   No.

9           THE COURT:   Defendant is sentenced to

10   disorderly conduct, time served, $120 mandatory

11   surcharge.   Cashier part 9/9.   Wait for paperwork.

12

13                *    *    *    *    *

14

15   Certified to be a true and accurate transcript.

16   _____

17   Barbara Geremia - Official Court Reporter

18

19

20

21

22

23

24

25