UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Cracco,<br><br>          Plaintiff,<br><br>    -against-<br><br>City of New York, *et al.*,<br><br>          Defendants. | **DECLARATION OF<br>ELIZABETH NORRIS<br>KRASNOW**<br><br>14 Civ. 8235 (PAC) |

ELIZABETH NORRIS KRASNOW, an attorney duly admitted to practice in the State of New York, declares under penalty of perjury and pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. I am an Assistant District Attorney in the New York County District Attorney's Office. I represent Cyrus R. Vance, Jr., the District Attorney of New York County and a defendant in the above-captioned matter brought by plaintiff Joseph Cracco.

2. I respectfully submit the exhibits listed below in support of District Attorney Vance's motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure.

| Ex. DA-13 | Relevant excerpts of the deposition of Joseph Cracco |
|---|---|
| Ex. DA-14 | Relevant excerpts of the deposition of Jared Sipple |

Dated: April 20, 2017
    New York, New York

                     */s/ EK*
                     Elizabeth Norris Krasnow
                     Assistant District Attorney