1

**ORIGINAL**

```
 1
 2  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 3  ------------------------------------------X
    JOSEPH CRACCO,
 4
                              PLAINTIFF,
 5

 6          -against-          Case No:

 7                             1:14-CV-08235-PAC

 8
    THE CITY OF NEW YORK, Police Officer
 9  JONATHAN CORREA, Shield 7869, Transit
    Division District 4, and Police Officer
10  JOHN DOE (a fictitious name),

11                             DEFENDANTS.
    ------------------------------------------X
12

13          DATE: May 11, 2016

14          TIME: 2:05 P.M.

15

16          DEPOSITION of a Non-Party

17  Witness, JARED SIPPEL, taken by the

18  Defendants, pursuant to a Notice and to the

19  Federal Rules of Civil Procedure, held at

20  the offices of the New York County,

21  District Attorney's Office, Special

22  Litigation Bureau, 80 Centre Street, New

23  York, New York 10013, before Deborah

24  Garzaniti, a Notary Public of the State of

25  New York.
```

```
 1                    J. SIPPEL
 2    New York City because it was showing a
 3    weapon essentially, and then when he took
 4    it from him, after he asked him what did he
 5    have it for, what was he using it for, that
 6    he didn't know if he was using it to hold
 7    someone up in the station or not.  Joe
 8    explained that it was for box cutting and
 9    essentially we were opening a market in a
10    restaurant and opening boxes all day long
11    and he had that pocket knife for many years
12    as a work knife in the kitchen and whatnot,
13    and that is when the officer went on to
14    explain about a gravity knife, how it could
15    flip open and that --
16           Q.   For the record, can you
17    describe the motion that you just made with
18    your right wrist?
19           A.   Like this (indicating).  He
20    said it has to be -- if you can get it to
21    open like it is a free -- like that is what
22    a gravity knife is, you use the gravity by
23    flicking your wrist to get it to open.
24           Q.   For the record, you were
25    flicking your wrist in a downward motion
```

```
 1                    J. SIPPEL
 2    away from your body?
 3          A.    Yes.  He was doing this
 4    (indicating).
 5          Q.    So the officer explained to you
 6    that if a knife opened in that manner, then
 7    it would be a gravity knife and it would be
 8    illegal under New York law; correct?
 9          A.    To my understanding, to my
10    remembrance, yes.
11          Q.    Then you testified that the
12    officer had trouble doing the motion that
13    he described to you; correct?
14          A.    Yes.  It was kind of like he
15    was explaining what it was.  It was not
16    working for him.  It took multiple tries to
17    actually get the knife to open.  It did
18    eventually open.
19          Q.    When you say "multiple tries,"
20    do you mean multiple flicks of the
21    officer's wrist?
22          A.    Yes.
23          Q.    How many attempts did it take
24    to open the knife?
25          A.    I would say at least four, if
```

```
 1                      J. SIPPEL
 2    not more.  That is what made it kind of why
 3    Joe was kind of not arguing, but inquiring
 4    like what you are saying you can't even do
 5    and then it happened.
 6          Q.    So going back to your
 7    understanding of the nature of the lawsuit,
 8    you mentioned that you understand Mr.
 9    Cracco's claims to be based on the fact
10    that the knife was not a gravity knife?
11          A.    Or that he was wrongfully
12    arrested for a gravity knife when it
13    technically isn't.
14          Q.    Are there any other issues that
15    you understand this lawsuit to address,
16    besides whether or not Mr. Cracco was
17    falsely arrested?
18          A.    No, because that is the only
19    thing I was under the impression of him
20    being arrested for, was for carrying a
21    gravity knife in New York City.
22          Q.    Are you aware that the District
23    Attorney is also a Defendant in this
24    lawsuit?
25          A.    No, not until you told me that.
```