**ORIGINAL**

```
1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   ------------------------------------------X
    JOSEPH CRACCO,
4
                                  PLAINTIFF,
5

6           -against-              Case No:

7                                  1:14-CV-08235-PAC

8
    THE CITY OF NEW YORK, Police Officer
9   JONATHAN CORREA, Shield 7869, Transit
    Division District 4, and Police Officer
10  JOHN DOE (a fictitious name),

11                                DEFENDANTS.
    ------------------------------------------X
12

13              DATE: May 11, 2016

14              TIME: 11:15 A.M.

15

16              DEPOSITION of the Plaintiff,

17  JOSEPH MATTHEW CRACCO, s/h/a JOSEPH CRACCO,

18  taken by the Defendants, pursuant to a

19  Notice and to the Federal Rules of Civil

20  Procedure, held at the offices of the New

21  York County, District Attorney's Office,

22  Special Litigation Bureau, 80 Centre

23  Street, New York, New York 10013, before

24  Deborah Garzaniti, a Notary Public of the

25  State of New York.
```

1           J. CRACCO
2   equipment, metro shelving, large like
3   pallets of inventory, five gallon buckets
4   of hood cleaning solution, and setting all
5   of the equipment up, hiring, training,
6   ordering, cooking.
7       Q.   So the grocery store itself had
8   a kitchen?
9       A.   Yes.
10      Q.   Because when it opened, it
11  would sell prepackaged food, that was the
12  idea?
13      A.   Correct.
14      Q.   And as the sous chef, did you
15  actually cook in this prep kitchen or were
16  you setting up to open as you described?
17      A.   All of the above.
18      Q.   Can you please take me through
19  what you did on the morning of October 18,
20  2013, starting with when you first woke up?
21      A.   I don't recall.
22      Q.   You were living in Old
23  Greenwich at the time; right?
24      A.   Yes, we had to -- we commuted
25  on the Metro North, like 7 o'clock trains.

```
 1                    J. CRACCO
 2        Q.    7:00 a.m.?
 3        A.    Yes, maybe it was 6:00 because
 4   we had to be there by 7:00.  I don't know,
 5   but it was early.  Probably got to work --
 6        Q.    Did you go with Mr. Sippel?
 7        A.    Yes.
 8        Q.    You took the train from Old
 9   Greenwich to Grand Central Station;
10   correct?
11        A.    Correct, and then the shuttle
12   to the west side and then worked.  On our
13   way home from work --
14        Q.    Before we get to when you were
15   leaving work, could you tell me what you
16   did at work that day?
17        A.    I don't recall specifics.
18        Q.    Do you recall anything that you
19   did at work that day?
20        A.    Not specifically.
21        Q.    Who else was with you at work
22   that day?
23        A.    There were half a dozen
24   employees in the kitchen at that time, plus
25   multiple deli, grocery store employees.
```

1          J. CRACCO

2     Q.   What were the employees in the
3  kitchen doing?
4     A.   I don't recall.
5     Q.   What were the employees in the
6  deli doing?
7     A.   I do not recall.
8     Q.   When you say "half a dozen," is
9  that total between the kitchen and the
10 deli?
11    A.   No.  In total at the restaurant
12 there were probably or in the building at
13 that time there were 12 employees, possibly
14 more.  I do not recall specifics.
15    Q.   Again, you can't recall if the
16 grocery store was opened as of that date?
17    A.   I don't remember.
18    Q.   Is there anything at all that
19 you can recall doing at work that day?
20    A.   Unpacking boxes, yes, because I
21 remember I had glue residue from like the
22 clear packing tape from the boxes on my
23 knife.  I even pointed that out to the
24 officer.
25    Q.   What type of boxes were you

Case 1:14-cv-08235-PAC   Document 70-4   Filed 04/21/17   Page 5 of 14
53

```
 1                    J. CRACCO
 2    unpacking?
 3         A.    I don't remember what it was.
 4    It was a lot of them.
 5         Q.    Large boxes, small boxes?
 6         A.    Large boxes.
 7         Q.    What was in the boxes?
 8         A.    I don't recall.  It could have
 9    been shelving.  It could have been a lot of
10    things.  I don't recall specifically.
11    There was a lot that day.
12         Q.    Can you describe for me how you
13    unpacked the boxes?
14         A.    I used my knife to cut the
15    packing tape, packing straps, because we
16    were receiving a lot of pallets of
17    inventory and they always have large
18    packing straps and they are wrapped in
19    bubble wrap or sticky tape, clear-sided
20    tape, and then breaking down the cardboard
21    and putting the inventory away.
22         Q.    And that's the same knife that
23    you had on your person when you were
24    arrested; correct?
25         A.    Yes.
```

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com
53

Case 1:14-cv-08235-PAC   Document 70-4   Filed 04/21/17   Page 6 of 14
54

```
 1                    J. CRACCO
 2         Q.    That's the knife that Officer
 3   Correa determined to be a gravity knife;
 4   correct?
 5         A.    Correct.
 6         Q.    Did there come a time when you
 7   left work?
 8         A.    Yes.
 9         Q.    What time was that?
10         A.    Shortly before I was arrested.
11         Q.    Do you remember approximately
12   what time?
13         A.    I do not.
14         Q.    How long of a day would you
15   normally work around that time period in
16   October of 2013?
17         A.    12 hours.
18         Q.    You mentioned earlier that you
19   had to be at work by 7:00 a.m.?
20         A.    Yes.
21         Q.    Would it be fair to say then
22   that you left work at approximately
23   7:00 p.m.?
24         A.    Possibly.  I might have left
25   early that day.  I do not recall.
```

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com
54

```
1                    J. CRACCO
2          Q.    When you left work, what did
3    you have with you?
4               MR. MALONEY:  Objection to the
5          form.  You can answer.
6          A.    My backpack, clothes, shoes.
7          Q.    Did you have your knife?
8          A.    Yes.
9          Q.    You mentioned that you had a
10   backpack?
11         A.    Yes, or this backpack actually,
12   a little side satchel.
13         Q.    The same bag that you brought
14   to the deposition today?
15         A.    Yes.
16         Q.    For the record, I am looking at
17   it right now.  It is a brown and black
18   messenger bag that looks to fit, what would
19   you say, three gallons maybe?
20         A.    Sure.
21         Q.    You mentioned that you had the
22   knife as well when you left work?
23         A.    Yes.
24         Q.    Where was the knife?
25         A.    In my right pants pocket.
```

```
 1                    J. CRACCO
 2           Q.    Front or back?
 3           A.    Front.
 4           Q.    Was it clipped to your pocket?
 5           A.    Yes.
 6           Q.    So the clip was visible?
 7           A.    Yes.
 8           Q.    If somebody were to look at
 9    you?
10           A.    Yes.
11           Q.    Was anyone with you when you
12    left work?
13           A.    Jared Sippel.
14           Q.    Anyone else?
15           A.    No.
16           Q.    Why did you have the knife
17    clipped to your pants?
18           A.    That is where I always kept it.
19           Q.    Is that where you kept it when
20    you were at work?
21           A.    Yes.
22           Q.    Why did you keep it clipped to
23    your pants when you were at work?
24           A.    That's where I always kept it.
25           Q.    Is it because it was easily
```

```
 1                    J. CRACCO
 2    accessible to you when it was clipped to
 3    your pants?
 4          A.    Yes.
 5          Q.    When you left work, why didn't
 6    you put the knife in your backpack?
 7          A.    Because I always kept it in my
 8    pocket.
 9          Q.    Did you think that you would
10    need to use the knife on the subway?
11          A.    No.
12          Q.    Is there any reason, other than
13    the fact that that's where you always kept
14    it, why you left the knife clipped to your
15    pants when you left work?
16          A.    No.
17          Q.    So where did you go after you
18    left work?
19          A.    The S Train.  I transferred off
20    47th Street to Grand Central to take the
21    Metro home.
22          Q.    Did there come a time when you
23    were arrested?
24          A.    Yes.
25          Q.    What led up to your arrest?
```

```
1                    J. CRACCO
2    Let's start earlier.  Were you arrested in
3    the station where you took the S Train or
4    did that happen when you got to 42nd
5    Street?
6         A.    When we got to 42nd Street, it
7    was coming off the platform, I had just
8    started to take the stairs up to Grand
9    Central and Officer Correa stopped me.
10        Q.    So you were coming off the
11   platform from the S Train?
12        A.    Correct.
13        Q.    Where were you when you first
14   saw Officer Correa?
15        A.    On the platform.
16        Q.    So you first saw him on the
17   platform, but then he actually stopped you
18   as you were on the stairs?  I am just
19   trying to understand how this happened.
20        A.    Yes.
21        Q.    What was he doing when you
22   first saw him on the platform?
23        A.    Standing there.
24        Q.    Did he say anything to you?
25        A.    Hey you or something along
```

```
 1                      J. CRACCO
 2      those lines.
 3              Q.    Did he ask you to stop?
 4              A.    Yes, yes.
 5              Q.    Where were you when he asked
 6      you to stop?
 7              A.    On the stairs.
 8              Q.    On the stairs going up into
 9      Grand Central?
10              A.    Correct.
11              Q.    Did he say anything to you at
12      that point?
13              A.    Yes.
14              Q.    What did he say?
15              A.    I don't recall specifics.  Hey,
16      come here, and then he asked if that was a
17      knife.  I said -- I think that is what he
18      said, something along those lines.  He
19      referenced my pocket knife and I gave it to
20      him.
21              Q.    Did he ask for it or did you
22      just give it to him?
23              A.    I am pretty sure he asked for
24      it.
25              Q.    Did you hand it to him?
```

```
 1                      J. CRACCO
 2           A.    I am pretty sure, yes.  I am
 3    pretty sure I handed it to him.
 4           Q.    Where was Mr. Sippel at this
 5    point?
 6           A.    Like more up the steps.
 7           Q.    Where were you in relation to
 8    Mr. Sippel?
 9           A.    The bottom of the steps.
10           Q.    Was the subway crowded at that
11    time?
12           A.    No.
13           Q.    Were the stairs crowded at that
14    time?
15           A.    No.
16           Q.    Was it rush hour?
17           A.    I don't think so.
18           Q.    How many steps above you was
19    Mr. Sippel?
20           A.    I don't know specifically.
21           Q.    What happened after you gave
22    Officer Correa the knife?
23           A.    He attempted to open it with a
24    whipping motion and --
25                 MS. KRASNOW:  For the record,
```

```
 1                    J. CRACCO
 2         the Witness flicked his wrist when he
 3         testified about the whipping motion.
 4         Q.    Is that a fair
 5   characterization?
 6         A.    That is, yes, of course.  And
 7   then -- I am sorry.  Where were you?
 8              MS. KRASNOW:  Can you read back
 9         my last question.
10              (Whereupon, the referred to
11         question was read back by the
12         Reporter.)
13         Q.    The whipping motion that you
14   described where you demonstrated by
15   flicking your wrist, did Officer Correa do
16   the wrist flick away from his body?
17         A.    Yes.  I mean you couldn't flick
18   it towards you, but.
19         Q.    What happened after Officer
20   Correa flicked his wrist while holding the
21   knife?
22              THE WITNESS:  Read it back to
23         me.  I apologize.
24              (Whereupon, the referred to
25         question was read back by the
```

```
 1                    J. CRACCO
 2        Reporter.)
 3        A.    It didn't open.  It didn't
 4   open.  On the fifth try it opened and he
 5   said, oh, it is a gravity knife.  No, it is
 6   not.  It took you five tries.  Oh, it
 7   doesn't matter.  And then he searched me.
 8   He handcuffed me, then searched me, then
 9   took me to jail.  Not to jail.  I had to go
10   to some other train platform where I stood
11   waiting handcuffed for a while and then we
12   went above ground and some other cops
13   picked us up and then we drove to a
14   different station, central booking, I
15   presume.
16        Q.    When you say that it took him
17   five tries to open the knife, do you mean
18   that it took him five flicks of his wrist
19   to open the knife?
20        A.    Yes.
21        Q.    Did the knife open on the fifth
22   time that Officer Correa flicked his wrist?
23        A.    Yes.
24        Q.    Did the blade lock into place?
25        A.    I don't remember.
```