**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOSEPH CRACCO,

                  Plaintiff,                        14 **CIVIL** 8235 (PAC)

       -against-                                **JUDGMENT**

CYRUS R. VANCE JR., in his official
Capacity as District Attorney for the County of
New York,

                  Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 27, 2019, Plaintiff's motion for summary judgment is GRANTED and Defendant's motion for summary judgment is DENIED; judgment is entered in favor of Plaintiff and against Defendant on the Ninth Cause of Action; accordingly, the case is closed.

**Dated:**  New York, New York
          March 28, 2019

                                                          **RUBY J. KRAJICK**
                                                            **Clerk of Court**
                            **BY:**
                                                           **Deputy Clerk**