# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Joseph Cracco

(List the full name(s) of the plaintiff(s)/petitioner(s).)

14 CV 8235 (PAC)( )

-against-

**NOTICE OF APPEAL**

Cyrus R. Vance, Jr., in his official capacity as District Attorney for the County of New York

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: New York County District Attorney Cyrus R. Vance, Jr.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☒ judgment ☒ order(s) entered on: 12/9/15; 1/28/16; 3/27/19; 3/28/19

(date that judgment or order was entered on docket)

that: denied the District Attorney's motion to dismiss, denied the District Attorney's motion for reconsideration of the same; denied the District Attorney's motion for summary judgment and granted plaintiff's motion for summary judgment.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

April 24, 2019 — Dated

ENK — Signature*

Krasnow, Elizabeth N.
Name (Last, First, MI)

One Hogan Place — Address
New York — City
New York — State
10013 — Zip Code

(212) 335-4210 — Telephone Number
krasnowe@dany.nyc.gov — E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13