UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JOSEPH CRACCO,

             *Plaintiff,*

-against-

CYRUS R. VANCE JR., in his official capacity as District Attorney for the County of New York,

             *Defendant.*

-----------------------------------------------------------X

14 Civ. 8235 (PAC)

**OPINION & ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

On March 27, 2019, the Court granted Plaintiff's and denied Defendant's motion for summary judgment. (Dkt. 91.) On April 10, 2019, Plaintiff filed a notice of motion for attorneys' fees. (Dkt. 93.) On April 24, 2019, Defendant moved to stay the motion for attorneys' fees pending appeal. (Dkt. 97.) On April 30, 2019, Plaintiff consented to defer resolution of the motion for attorneys' fees during the pendency of the appeal. (Dkt. 99.)

The Court grants the motion to stay on the parties' consent. The Clerk of Court is directed to terminate the pending motions (Dkts. 93, 97), without prejudice to the renewal of the motion for attorneys' fees within 30 days of the Second Circuit's decision.

Dated: New York, New York
      May 1, 2019

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge