**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY

April 22, 2021

VIA ECF
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Cracco v. City of New York et al.* (PAC)
    14 CV 8235

Your Honor:

    I am an Assistant District Attorney in the office of the New York County District Attorney's Office, representing District Attorney Cyrus R. Vance, Jr. in the above-referenced matter. I write with the consent of counsel to inform the Court that the parties have reached a settlement regarding attorney's fees, expenses and costs in this matter in principle, pending the preparation and execution of the City's standard settlement documents. The documents are being prepared and the parties will then forward a Stipulation of Settlement and Order for the Court's execution.

    Thank you for your consideration herein.

                                          Respectfully submitted,

                                          *Patricia J Bailey*
                                          Patricia J. Bailey
                                          Assistant District Attorney

cc:    All Counsel (via ECF)